**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN DIARRASSOUBA ISMAEL,<br>Petitioner,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX FACILITY, et al.,<br>Respondents. | No. 1:26-cv-01287 JLT EGC (HC)<br>A-Number: 060-309-720<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING BOND HEARING WITHIN TEN (10) DAYS<br>Docs. 1, 14 |

Kevin Diarrassouba Ismael is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering that petitioner be provided a bond hearing because he has been detained pursuant to 8 U.S.C. § 1226(c) for a prolonged period (now almost 15 months). (Doc. 14.) The Court served the findings and recommendations on the parties and notified them that any objections were due within fourteen days. As of the date of this Order, no objections have been filed.

According to 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations, Doc. 14, are **ADOPTED** in full.

2. The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.
3. Respondents are **ORDERED** to provide petitioner Kevin Diarrassouba Ismael (A-Number: 060-309-720) with a bond hearing before an immigration judge to be held within **14 days**, unless Petitioner consents to a later date, that complies with the requirements set forth in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), at which:
   a. "the government must prove by clear and convincing evidence that [petitioner] is a flight risk or a danger to the community to justify denial of bond," *Singh*, 638 F.3d at 1203, and
   b. the IJ should consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond.
4. Respondents **SHALL** immediately provide Petitioner with a copy of this Order and **SHALL** provide him with 72 hours' written notice before the bond hearing in a language that he can understand.
5. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at Petitioner's request so that he can obtain an attorney. If Petitioner obtains an attorney, his attorney **SHALL** also be given 72 hours' written notice before the bond hearing.
6. Respondents **SHALL** provide the Immigration Judge with a copy of this order and **SHALL** arrange for the bond hearing to be recorded.
7. The Clerk of Court is directed to serve Golden State Annex Facility with a copy of this Order, terminate any remaining motions, and **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated: September 3, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE